UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ROBERT HANKINS,

                             Plaintiff,

                          -against-                      **AFFIDAVIT OF SERVICE**

Police Officer SEAN NURSE, Shield No.
12094; and JOHN and JANE DOE 1 through      13 CV 6568 (CBA)(RML)
10, individually and in their official capacities
(the names John and Jane Doe being fictitious,
as the true names are presently unknown),

                             Defendants.

----------------------------------------------------------------x

I, Ramsey Baines, being duly sworn deposes and says:

1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.     On December 6, 2013, at approximately 10:11 a.m., I served the summons and complaint in this matter on Police Officer Sean Nurse, Shield No. 12094, by delivering a copy of same to Sgt. Rowe, Shield No. 4241, a person of suitable age and discretion at defendant's actual place of business within the state located at the 79th Precinct, 263 Tompkins Avenue, Brooklyn, New York.

3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or

concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
December 23, 2013

_____
Ramsey Baines

Sworn to me on 23 day of December 2013


NOTARY PUBLIC

